IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RACHEL MCDONOUGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                *Plaintiff*,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., AND CAPITAL ONE, N.A.,<br><br>                *Defendants.* | Civil No. 1:19-cv-984<br>Hon. Liam O'Grady |

## ORDER

It is hereby **ORDERED** that civil action 1:19-cv-984 be and are transferred to the Richmond Division to be consolidated with 3:19-cv-555.[1] The Clerk is directed to consolidate and transfer this civil action as directed to the Richmond Division and forward copies of this Order to counsel of record and Judge Gibney.

It is **SO ORDERED.**

August 14, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

---

[1] Civil action 3:19-cv-555 is assigned to the Honorable John A. Gibney, Jr., who has agreed to the consolidation of this civil action with his civil action, which was the first of these related actions filed in this district.